|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | DISTRICT OF NEVADA |

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants | Case No. 3:20-cv-00185-RFB-WGC<br><br>**ORDER** |

**I.  DISCUSSION**

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has filed an application to proceed *in forma pauperis* and a motion for appointment of counsel. (ECF No. 1, 1-1). Plaintiff has not filed a complaint or an application to proceed *in forma pauperis* on this Court's approved form with complete financial attachments.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As such, the Court grants Plaintiff sixty (60) days from the date of this order to submit a complaint to this Court.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* on this Court's approved form and attach both an inmate account statement for the past six months and a properly executed financial certificate. <u>Plaintiff has not filed an application to proceed *in forma pauperis* on this Court's approved form and has not provided an inmate account statement for the past six months and a properly executed financial certificate</u>. As such, Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice. Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full $400 filing fee for this action. If Plaintiff chooses to file an application to proceed *in forma pauperis*, he must file a fully complete application to proceed i*n forma pauperis* on this Court's approved form and attach both an inmate

account statement for the past six months and a properly executed financial certificate.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **sixty (60) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that Plaintiff will submit a complaint to this Court within **sixty (60) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED:  March 24, 2020

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE