1          UNITED STATES DISTRICT COURT

2          DISTRICT OF NEVADA

3    MITCHELL KEITH GOODRUM,                     Case No.  3:20-cv-00185-RFB-WGC

4                              Plaintiff,                    **ORDER**

5          v.

6    STATE OF NEVADA, *et al.,*

7                              Defendants.

8

9    **I.      DISCUSSION**

10          On March 23, 2020, Plaintiff, an inmate in the custody of the Nevada Department

11   of Corrections ("NDOC"), filed an application to proceed *in forma pauperis* and a motion

12   for appointment of counsel.  (ECF Nos. 1, 1-1).  Plaintiff did not file a complaint or an

13   application to proceed *in forma pauperis* on this Court's approved form with complete

14   financial attachments.

15          On March 24, 2020,  this Court issued an order directing Plaintiff to file a complaint

16   and a fully complete application to proceed *in forma pauperis* or pay the full $400 filing

17   fee for a civil action within sixty (60) days from the date of that order.  (ECF No. 3).

18          On April 22, 2020, Plaintiff filed an application to proceed *in forma pauperis*.  (ECF

19   No. 4).  Plaintiff's application to proceed *in forma pauperis* is incomplete.  Pursuant to 28

20   U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to

21   proceed *in forma pauperis* and attach both an inmate account statement for the past six

22   months and a properly executed financial certificate.  Plaintiff has not submitted a properly

23   executed financial certificate or an inmate account statement for the past six months.

24   (*See* ECF No. 4).  As such, the *in forma pauperis* application at ECF No. 4 is denied

25   without prejudice.

26          Plaintiff will be granted one final opportunity to cure the deficiencies of his

27   application to proceed *in forma pauperis*, or in the alternative, pay the full $400 filing fee

28   for this action.  If Plaintiff chooses to file a new application to proceed *in forma pauperis*,

1  he must file a fully complete application to proceed *in forma pauperis*, including a properly

2  executed financial certificate and inmate account statement for the past six months, no

3  later than **June 12, 2020**.  If Plaintiff files another incomplete application to proceed *in*

4  *forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, for Plaintiff

5  to file a new case when Plaintiff is able to acquire the necessary documents to file a

6  complete application to proceed *in forma pauperis*.

7  **II.      CONCLUSION**

8          For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed

9  *in forma pauperis* (ECF No. 4) is DENIED without prejudice to file a new fully complete

10 application.

11         IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the

12 approved form application to proceed *in forma pauperis* by a prisoner, as well as the

13 document entitled information and instructions for filing an *in forma pauperis* application.

14         IT IS FURTHER ORDERED that no later than **June 12, 2020**, Plaintiff will either:

15 (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with

16 <u>complete financial attachments</u> in compliance with 28 U.S.C. § 1915(a); or (2) pay the full

17 $400 fee for filing a civil action (which includes the $350 filing fee and the $50

18 administrative fee).

19         IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma*

20 *pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to

21 file a new case when he is able to acquire the necessary documents to file a complete

22 application to proceed *in forma pauperis*.

23         IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

24 dismissal of this action may result.

25         DATED:  __April 28, 2020__

26

27                                          _William G. Cobb_____
                                           UNITED STATES MAGISTRATE JUDGE

28

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28