UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 3:20-cv-00185-RFB-WGC<br><br>ORDER |

**I.   DISCUSSION**

      This action began with an incomplete application to proceed *in forma pauperis* filed by an incarcerated individual.  (ECF No. 1.)  On March 24, 2020, the Court sent Plaintiff an order noting that he had not filed a complaint and that his application to proceed *in forma pauperis* was incomplete.  (ECF No. 3.)  The Court ordered Plaintiff to file an application to proceed *in forma pauperis* and a complaint within 60 days and warned Plaintiff that failure to timely comply with the order may result in dismissal of this action. (*Id.*)  Although Plaintiff filed a new application to proceed *in forma pauperis*, suggesting that he received and understood the Court's order, he did not file a complaint.  On June 23, 2020, almost three months after the Court's order, the Court dismissed this case in its entirety without prejudice due to Plaintiff's failure to file a complaint.  (ECF No. 4.)

      Plaintiff has now filed another application to proceed *in forma pauperis* (ECF No. 10) and a complaint titled "First Amended Complaint" (ECF No. 9).  Plaintiff attached a cover letter to the complaint, and the cover letter states that he mailed his complaint to his 85-year old mother on June 1, 2020[1], expecting her to make copies and then send his complaint on to the court.  (ECF No. 9-1.)  But his mother became ill, passed away, and was not able to forward the complaint.  (*Id.*)  Plaintiff asks that the Court accept his filings, but also states that the Court should check cases 3:20-cv-00173-MMD-WGC and

---

[1] The Court notes that June 1, 2020, was already past the Court's deadline for Plaintiff to file a complaint in this action.

3:20-cv-00185-RFB-WGC for his previous filings. (*Id.*)

Based on Plaintiff's cover letter, apparently referencing this action's case number, 3:20-cv-00185-RFB-WGC, as a separate case, it appears that Plaintiff intended to pursue his claims in a new action. However, because Plaintiff included this action's case number with his filings, the new complaint and application to proceed *in forma pauperis* were filed in this case, rather than in a new action. Because this case has been closed, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 10) as moot.

Because Plaintiff's filings were not entirely clear, the Court reiterates that this action was dismissed without prejudice. As such, Plaintiff is free to pursue his claims in a new action by filing a complaint and an application to proceed *in forma pauperis* in a new action. If Plaintiff chooses to pursue his claims in a new action, he should file a complaint and an application to proceed *in forma pauperis* without referencing the case number from this action.

## II.   CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 10.) is denied as moot.

It is further ordered that the Clerk of the Court send Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of complaint (ECF No. 9), as well as the approved form application to proceed *in forma pauperis* by an inmate, the document entitled information and instructions for filing an *in forma pauperis* application, and a copy of his motion to proceed *in forma pauperis* (ECF No. 10).

DATED THIS  11th  day of August 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

- 2 -